UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 3-1

HANGZHOU EVERNEW MACHINERY & EQUIPMENT COMPANY LIMITED

      Plaintiff,

      v.

UNITED STATES OF AMERICA,

      Defendant.

**Summons**
Court No. 25-00151

To: The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Plaintiff in this action is Hangzhou Evernew Machinery & Equipment Company Limited, an exporter of the subject merchandise. Plaintiff was an interested party in the countervailing duty review under appeal pursuant to 19 U.S.C. § 1677(9)(C). Plaintiff thus has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C.§ 1516a(d).

   **(Name and standing of plaintiff)**

2. Plaintiff contests certain aspects of the final results of the countervailing duty review on Certain Metal Lockers and Parts Thereof from the People's Republic of China made by the U.S. Department of Commerce's International Trade Administration. The contested final results were published in the *Federal Register* as *Certain Metal Lockers and Parts Thereof From the People's Republic of China: Final Results and Final Rescission, in Part, of Countervailing Duty Administrative Review; 2022*, 90 Fed. Reg. 25,023 (Dep't of Commerce June 13, 2025) ("Final Determination").

   **(Brief description of contested determination)**

3. The Final Determination was signed on June 9, 2025.

   **(Date of determination)**

4. The Final Determination was published in the *Federal Register* on June 13, 2025.

   **(If applicable, date of publication in Federal Register of notice of contested determination).**

        /s/ *Camelia C. Mazard*
**Signature of Plaintiff's Attorney**

Camelia C. Mazard
Andre P. Barlow
Doyle, Barlow & Mazard PLLC
1825 K St. NW, Suite 950
Washington, DC 20006
202-589-1837
cmazard@dbmlawgroup.com

**Date**: July 14, 2025

FORM 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, NY 10278-0140

General Counsel
**U.S. Department of Commerce**
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017, Sept. 18, 2018, eff. Oct. 15, 2018.).

## NOTICE TO INTERESTED PARTIES
### Hangzhou Evernew Machinery & Equipment Company Limited v. United States
### CIT Court No. 25-00151

I, Camelia C. Mazard, certify that on July 14, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons by certified mail, return receipt requested, upon the following persons:

Elizabeth Johnson, Esq.
**Kelley Drye & Warren LLP**
3050 K Street, NW
Washington, DC 20007-5108

Brady W. Mills, Esq.
**Morris, Manning & Martin, LLP**
1333 New Hampshire Ave, NW
Suite 800
Washington, DC 20036

Michael E Murphy, Esq.
**Sidley Austin LLP**
1501 K Street, NW
Washington, DC 20005

Xiaohua Hou
**Commerce & Finance Law Offices**
12-14th Floor, China World Office 2, No. 1
Jianguomenwai Avenue, Beijing 100004, China

Yangfan Xie
**Embassy of the Peoples Republic of China**
Economic and Commercial Office
2133 Wisconsin Ave, NW
Washington, DC 20007

/s/ *Camelia Mazard*
Camelia Mazard